■ LUIS F. TORRES, Appellant, v SANDRA LOVE et al., Respondents. In the Matter of LUIS F. TORRES, Respondent, v JOSE M. DIAZ, JR., et al., Appellants. (And Five Other Actions.)—Judgment, Supreme Court, Bronx County (Fred W. Eggert, J.), entered on August 17, 1990, unanimously affirmed for the reasons stated by Eggert, J., without costs and without disbursements. Concur—Kupferman, J. P., Ross, Kassal, Ellerin and Smith, JJ.

■ In the Matter of ELIZABETH A. SHOLLENBERGER, Appellant, v ROBERT RYGOR et al., Respondents.—Judgment, Supreme Court, New York County (Martin Evans, J.), entered on August 20, 1990, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Ross, Kassal, Ellerin and Smith, JJ.

■ KAREN ARGENTI et al., Appellants, v CHARLES R. SERRANO, Respondent, et al., Respondent.—Judgment, Supreme Court, Bronx County (Fred W. Eggert, J.), entered on August 17, 1990, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Ross, Kassal, Ellerin and Smith, JJ.

■ DANIEL F. PAWLING et al., Appellants, v DIANNE S. GASWORTH, Respondent, et al., Respondent.—Judgment, Supreme Court, New York County (Martin Evans, J.), entered on or about August 20, 1990, unanimously affirmed for the reasons stated by Martin Evans, J., without costs and without disbursements. Concur—Kupferman, J. P., Ross, Kassal, Ellerin and Smith, JJ.